ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/7/2015 12:50:12 PM
CATHY LUSK
CLERK

**No. 12-15-00121-CV**

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/7/2015 12:50:12 PM
CATHY S. LUSK
Clerk

**GARRY L. ROLLINS AND CARLA D. ROLLINS,**
*Appellants*

**V.**

**TEXAS COLLEGE AND
MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL,"**
*Appellees*

Appeal from Cause No. 13-3353-A
In the 7th District Court of Smith County, Texas

**APPELLANTS' UNOPPOSED MOTION
TO CORRECT CLERK'S RECORD**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Gary L. Rollins and Carla Rollins request that this Court issue a letter directing the trial court clerk to correct the clerk's record and to re-file the record in proper format and would shows as follows:

Appellees are Texas College and MPF Investments, LLC d/b/a "A-1 Rent All."

## 1. OMITTED ITEMS

Texas Rule of Appellate Procedure 34.5(c)(1) provides:

> **(c) Supplementation.**
>
> (1) If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item.

Tex. R. App. P. 34.5(c)(1). The parties have all previously made letter requests per this rule to the trial court clerk to ensure the record is complete.

## 2. DEFECTS IN THE RECORD

Texas Rule of Appellate Procedure 34.5 (d) provides:

> (d) *Defects or Inaccuracies.* If the clerk's record is defective or inaccurate, the appellate clerk must inform the trial court clerk of the defect or inaccuracy and instruct the clerk to make the correction.

Tex. R. App. P. 34.5(d).

In preparing their brief, Appellants' have determined that the vast majority of the items included in the current clerk's record are not text-searchable, and not bookmarked at the first page. Because of the way they the documents are formatted, an OCR attempt at our end failed. This format is required by the Texas Supreme

Court's Order Directing the form of the Appellate Record, Rule 1.2 that reads:

### 1.2. Filing an Electronic Clerk's Record.

Unless the clerk receives permission from the appellate court to file the record in paper form, the clerk must file the record electronically. When filing a clerk's record in electronic form, the trial court clerk must:

(a) file each computer file in text-searchable Portable Document Format (PDF);

(b) create electronic bookmarks to mark the first page of each document in the clerk's record; ….

Tex. R. App. P. Appendix C.

Below is an exemplar of how the bookmarks (on the left in grey) are supposed to appear. This exemplar was taken from a clerk training video provided on this Court's website:



The exemplar clearly shows each document bookmarked with a separate descriptive title.

Below is a view of the clerk's record vol. 1 in this case:



By looking at the left, one can clearly see that the entire volume is marked with only one book mark, when in fact, the volume contains many separate documents. This is evidenced by the clerk's own index for volume 1 shown below:

GARRY L. ROLLINS AND CARLA D. ROLLINS VS. TEXAS COLLEGE; CHRISTIAN METHODIST EPISCOPAL CHURCH; AND MPF INVESTMENTS, LLC D/B/A A-1 RENT ALL

INDEX

| Document Title | File Date | Page(s) |
|---|---|---|
| Original Petition (oca) | 12/20/2013 | 1 - 5 |
| Original Answer | 01/24/2014 | 6 - 8 |
| 2nd Amended Plaintff's Original Petition | 02/12/2014 | 9 - 14 |
| 3rd Amended Plaintiff's Original Petition | 04/30/2014 | 15 - 32 |
| Original Answer | 05/27/2014 | 33 - 35 |
| Amended Petition | 07/10/2014 | 36 - 43 |
| Amended Answer | 07/17/2014 | 44 - 50 |
| Response | 07/29/2014 | 51 - 54 |

Appellant requests this Court to order the trial court clerk to bookmark the individual documents. Because each party is required to furnish a bookmarked Appendix with its brief, this will eliminate inconsistencies in the appendices of the parties, and eliminate undue burden of document conversion on the part of the Appellants.

Furthermore, although Appellant is unable to represent the problem graphically, the documents contained in the record are not text-searchable as required by the Supreme Court's order. Appellants request this Court to order the trial court clerk to file the

record (to the extent feasible) in text-searchable format. Again, this will reduce the burden on the Appellants and Appellees when creating their appendices for this Court, which must be text-searchable as well. This Courts website has a video which can be of great use by the clerk in learning how to make the record comply with the Supreme Court's order:

http://www.txcourts.gov/12thcoa/practice-before-the-court/electronic-filing/clerks-and-court-reporters.aspx

It is suggested that this Court direct the clerk to comply with the video in preparing the record.

WHEREFORE, Appellants pray that this Court direct the trial court clerk by order to refile the original record and the supplemental record with the requisite bookmarks in a text-searchable format as required by the Texas Supreme Court.

Respectfully submitted,

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
SIGMON LAW, PLLC
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D.
ROLLINS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with lead appellate counsel for Texas College and MPF Investments, LLC by e-mail on July 7th, 2015. Greg Smith (counsel for Texas College) is unopposed to the motion. Levon Hovnatanian (counsel for MPF) is unopposed to the motion.

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
SIGMON LAW, PLLC
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D.
ROLLINS**

## CERTIFICATE OF SERVICE

I certify that on July 7, 2015, I served a copy of Appellants' Unopposed Motion to Correct Clerk's Record on the parties listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is esigmon@esigmon.com.

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
WALKER SIGMON LAW
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D. ROLLINS**

Greg Smith
Texas Bar No. 18600600
Nolan D. Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile: 903-597-2413

Mr. Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
Fax: 903.595.0191

Levon G. Hovnatanian
Texas Bar No. 10059825
hovnatanian@mdjwlaw.com
lonergan@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Todd M. Lonergan
Texas Bar No. 12513700
*lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
geddie@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile